UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:12-CV-590 |
| v. | ) | (BUNNING/GUYTON) |
| | ) | |
| GREGORY T. GREEMON, and | ) | |
| JAMES A. FOSTER, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

The parties appeared before the undersigned on August 23, 2013. At that time, the Court granted the parties' request for three weeks of additional time to attempt to settle this matter informally. The parties were afforded up to and including September 13, 2013, to continue informal settlement negotiations. On September 16, 2013, the parties notified the chambers of the undersigned that their informal negotiations had not rendered a settlement. The Court finds that the parties have been afforded sufficient time to discuss settlement informally, and at this time, the Court finds that it is appropriate to order the parties to mediate this case.

Accordingly and pursuant to Local Rule 16.4, the parties **SHALL** schedule, on or before **October 7, 2013,** mediation to take place on or before **November 4, 2013**. The parties are to agree amongst themselves on a venue for the mediation, and they **SHALL** select a mediator from

the list of court-approved mediators available at: http://www.tned.uscourts.gov/mediators.php . The parties will bear the costs of mediation equally.

Finally, the parties **SHALL** file written notice informing the Court of the date of the mediation, location of the mediation, and mediator on or before **October 9, 2013**.

**IT IS SO ORDERED**.

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge